# Attachment A



# Our Four Trailer Product Types

When you come to Texas Pride Trailers, you are going to **buy a trailer** of the highest quality at a great price. We have four trailer product types: **Lowboy**, **Dump**, **Roll Off**, and **Deck Over Trailer**. Each of our product lines are made right here in our Madisonville, TX location, and we sell them direct to the public, so there is no middleman and you can save big. Browse through our selection and see the **dump**, **roll off**, **deck over**, and **lowboy trailers for sale** from Texas Pride Trailers. Place your order with us today, and be sure to ask about our financing and delivery options.

Please click on the type of trailer you are interested in:

## Lowboy    Deck Over    Dump    Roll Off






Lowboy Equipment Trailers    Deck Over Equipment Trailers    Dump Trailers    Roll Off Dump Trailers

 click here for ON SALE TODAY TRAILERS! 

We're the Manufacturer. Buy Direct and Save BIG $$$!

We sell Direct to the Public!   No middleman - Save Big!

** Dumps ** Roll Off  ** Equipment Trailers ** Gooseneck & Bumper Pull Hitch **

Sales * Parts * Service * Repairs

Home | Products | On Sale Today | Financing | Wiring Diagram
Axle Manual | Inquiry | Delivery Rate | About Us | Contact Us



# Texas Pride Trailers

The Best Built, Best Backed, Best Priced Trailers - GUARANTEED

1241 I-45 Madisonville, TX 77864 (Map & Directions)
Email: **info@texaspridetrailers.com**
Website: **www.texaspridetrailers.com**
Phone: (936) 348-7555    Fax: 936-348-7554

