UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

TEXAS PRIDE TRAILERS, INC.

    *Plaintiff,*

Case Number: 4:16-cv-00473

v.

TEXAS MADE TRAILERS, LLC

    *Defendant.*

_____/

### PLAINTIFF'S NOTICE OF EXPERT

The Plaintiff, by and through the undersigned counsel, gives notice to all parties that Plaintiff seeks to retain: H NEW MEDIA LAW, 224 Datura Street, Suite 101, West Palm Beach, Florida 33401, Tel.: (561) 841-6380 Fax.: (786) 257-5682 www.hnewmedia.com to opine as to the allegations, damages and related issues in this matter on behalf of Plaintiff.

    Respectfully,

    /s/W. John Gadd
    W. John Gadd, Esq.
    FL Bar Number 463061

### Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been filed on the Court's electronic filing system which is designed to simultaneously send a true and accurate copy of the foregoing on this 23rd Day of September 2016.

    s/W. John Gadd
    W. John Gadd, Esq.
    FL Bar Number 463061
    2727 Ulmerton Road
    Bank of America Building
    Suite 250

Clearwater, Florida 33762
Tel - (727) 524-6300