United States District Court
Southern District of Texas

**ENTERED**

December 15, 2016

David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS PRIDE TRAILERS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-16-0473 |
| | § | |
| TEXAS MADE TRAILERS, LLC, | § | |
| | § | |
| Defendant. | § | |

## AMENDED
## SCHEDULING AND
## DOCKET CONTROL ORDER

The unopposed motion for a continuance of the mediation and pretrial motions deadline,

(Docket Entry No. 30), is granted . The disposition of this case will be controlled by the following

amended schedule:

1.  April 14, 2017

**MEDIATION**
Mediation or other form of dispute resolution must be completed by this deadline.

2.  February 8, 2017

**PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
No motion may be filed after this date except for good cause.

3.  April 14, 2017

**JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

4.  April 28, 2017

**DOCKET CALL**
Docket Call will be held at 2:00 p.m. in Courtroom 11-B, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call,

and the case will be set for trial as close to the docket call as practicable.

5.      Additional orders relating to disclosures, discovery, or pretrial motions:

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Mrs. Eddins at Lisa_Eddins@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on December 14, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge

2