# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

Texas Pride Trailers Inc

v.                                        Case Number: 4:16−cv−00473

Texas Made Trailers LLC, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Lee H Rosenthal

**PLACE:**
Courtroom 11B
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 7/28/2017

**TIME:** 02:00 PM

**TYPE OF PROCEEDING:** Docket Call

Date:    April 12, 2017

David J. Bradley, Clerk