IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS PRIDE TRAILERS, INC., | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | C.A. No. **4:16-cv-00473** |
| TEXAS MADE TRAILERS, L.L.C., DEVIN DEWAYNE DAVIS and DEREK DAVIS, | § § § § § | |
| Defendants. | § | |

### AGREED ORDER DISMISSING ACTION

HAVING CONSIDERED the Joint Motion for Voluntary Dismissal of Plaintiff, Texas Pride Trailers, Inc., and Defendants, Texas Made Trailers, L.L.C., Devin Dewayne Davis and Derek Davis, the Court hereby

ORDERS that the Joint Motion for Voluntary Dismissal of Plaintiff, Texas Pride Trailers, Inc., and Defendants, Texas Made Trailers, L.L.C., Devin Dewayne Davis and Derek Davis, is GRANTED, and

ORDERS that this action is DISMISSED WITH PREJUDICE, and

ORDERS that the costs of this action shall be borne by the party incurring same.

SIGNED at Houston, Texas on the 19th day of July, 2017.

_____
UNITED STATES DISTRICT JUDGE

APPROVED & ENTRY REQUESTED:


By: /s/ Lisa R. Wilcox
       Lisa R. Wilcox, Esquire
       FBN: 697291
       721 First Ave. N.
       Suite 100
       St. Petersburg, Florida 33701
       Main 888-945-2695
       lisa@wilcoxlawpa.com

   -and-

W. John Gadd
Florida Bar No.: 0463061
Email: wjg@mazgadd.com
2727 Ulmerton Road, Suite 250
Clearwater, FL 33762
Phone: (727) 524-6300

**ATTORNEYS FOR PLAINTIFF TEXAS PRIDE TRAILERS, INC.**

   -and-

**NICHAMOFF LAW, P.C.**

/s/ Seth A. Nichamoff
Seth A. Nichamoff
Attorney-in-Charge
Texas State Bar No. 24027568
Federal I.D. No. 27002
2444 Times Boulevard, Suite 270
Houston, Texas 77005
Telephone: (713) 503-6706
Facsimile: (713) 360-7497
seth@nichamofflaw.com

2

-and-

**CANTRELL, RAY & BARCUS, L.L.P.**

J. Hans Barcus
Texas State Bar No. 007793302
P.O. Box 1019
Huntsville, Texas 77340
Telephone: (936) 730-8541
Facsimile: (936) 730-8535
hans@crblawyers.com

**ATTORNEYS FOR DEFENDANTS TEXAS MADE TRAILERS, L.L.C., DEVIN DEWAYNE DAVIS AND DEREK DAVIS**